Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

RD LEGAL FUNDING, LLC, a New Jersey limited liability company,

vs

ERWIN & BALINGIT, LLP, a California limited liability partnership; DARRELL N. ERWIN, an individual; and CLARENCE M. BALINGIT, an individual.

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0597 L RBB

FILED
APR 01 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tyler Andrews, Esq.
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy, Suite 500 North
Las Vegas, Nevada 89169

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 0 1 2008

W. Samuel Hamrick, Jr.
J. PARIS, CLERK

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)