C. Michael Balingit, Esq., In Pro Se
6476 Lake Mere Court
San Diego, CA 92119
Telephone (619) 696-1000
Facsimile (619) 466-6508

In Pro Se

FILED
2008 MAY 27 PM 3:15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY FNH DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RD LEGAL FUNDING, LLC, a New Jersey Limited Liability Company<br><br>Plaintiff<br><br>v.<br><br>ERWIN & BALINGIT, LLP, a California Limited Liability Partnership; DARRELL N. ERWIN, an individual; and CLARENCE BALINGIT, an individual,<br><br>Defendants. | Case No: 08-CV-0597-L-RBB<br><br>DEFENDANT CLARENCE M. BALINGIT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Defendant CLARENCE M. BALINGIT, hereafter "BALINGIT", on his own behalf, responds to Plaintiff's unverified First Amended Complaint as follows:

**GENERAL DENIAL**

Pursuant to California's Code of Civil Procedure § 431.30. et seq. this answering defendant denies generally and specifically each and every allegation contained within Plaintiff's First Amended Complaint on file herein. Further, this answering defendant lacks information and has no belief upon the subject sufficient to enable him to answer any of the allegations of plaintiff's First Amended Complaint and therefore must deny generally each and every allegation contained within Plaintiff's First Amended Complaint

///

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Waiver)**

By conduct, representations and omissions, plaintiff has waived, relinquished and/or abandoned, and is equitably estopped to assert, any claim for relief against this defendant respecting the matters that are the subject of the complaint.

**SECOND AFFIRMATIVE DEFENSE**

**(Failure to State a Cause of Action)**

Plaintiff's First Amended Complaint and each purported cause of action contained therein fails to state facts sufficient to constitute a cause of action against this answering defendant.

**THIRD AFFIRMATIVE DEFENSE**

**(Election of Remedies)**

Plaintiff's First Second Third Fourth, Fifth and Sixth causes of action seek mutually inconsistent remedies that lie both in contract and tort resulting in prejudice to defendant therefore such inconsistent remedies should be barred as a result of the prejudice to defendant and plaintiff forced to elect between the remedies available to it.

**FOURTH AFFIRMATIVE DEFENSE**

**(Usury)**

Plaintiff's First Amended Complaint is barred and fails to state a cause of action because plaintiff was and is guilty of usury, of charging interest on interest and of other illegal acts in respect to the transaction at issue in violation of Federal and State Loan Sharking Statutes.

**.FIFTH AFFIRMATIVE DEFENSE**

**(Illegal Contract)**

Plaintiff's First Amended Complaint is barred and fails to state a cause of action because the alleged contract on which plaintiff seeks recovery is an illegal contract in that among other things plaintiff does not possess the requisite licensing requirement to conduct business within the State of California.

**SIXTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

Plaintiff's First Amended Complaint is barred and fails to state a cause of action in that this answering defendant is informed and believes and thereon alleges that by plaintiff's unlawful, immoral, careless, negligent and/or wrongful conduct, plaintiff is barred from recovering from this answering defendant by the equitable doctrine of unclean hands.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Violation of Business and Professions Code § 17818)**

Plaintiff's First Amended Complaint is barred in that no person transacting business within the state of California under a fictitious business name may maintain any action upon an account of any contract made, or transaction had, in the fictitious business name in any court of this state until the fictitious business name statement has been executed, filed and published as required by Business and Professions code § 17818.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Setoff and Recoupment)**

Without conceding that any act of this answering defendant caused damage to plaintiff in any respect this defendant alleges that this answering defendant is entitled to offset and recoup against any judgment that may be entered against all obligations of the plaintiff owing to the defendant by reason of plaintiff, or one or more parties to this action, or other persons or entities currently unknown misrepresentations and concealment of facts, breach of duty, violation of the covenant of good faith and fair dealing or other wrongful acts.

**NINTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

Plaintiff's First Amended Complaint is barred and fails to state a cause of action in that this answering defendant is informed and believes and thereon alleges that by plaintiff's unlawful, immoral, careless, negligent and/or wrongful conduct, plaintiff is barred from recovering from this answering defendant by the equitable doctrine of Estoppel.

**TENTH AFFIRMATIVE DEFENSE**

**(Undue Influence)**

No relief may be obtained under the complaint by reason of the undue influence exercised by the plaintiff that invalidates the contracts on which plaintiff's claims are based.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Fraud)**

No relief may be obtained under the complaint by reason plaintiff's claims are founded upon a transaction, or, upon consent obtained by fraud due to intentional misrepresentations, concealment, false promises, or negligent misrepresen6tations claims are based.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Unconscionability)**

No relief may be obtained under the complaint by reason plaintiff's claims are founded upon a transaction inherently unfair and would not have been entered into but for the undue influence of plaintiff, other parties to this action or entities currently unknown.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Comparative Fault)**

Plaintiff did not exercise ordinary care, caution and prudence in connection with the transactions and events alleged within the complaint, and plaintiff is therefore barred entirely from recovery against this answering defendant or alternatively, plaintiff should have the recovery, if any, proportionally reduced.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Qualify to do Business)**

Plaintiff is a foreign corporation conducting an intrastate business in California and has not satisfied the requirements imposed by California law to qualify to do business in California. Accordingly, plaintiff is barred from maintaining this action.

///

///

///

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Unjust Enrichment)**

Plaintiff would be unjustly enriched if allowed to recover on this complaint.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Violation of Truth in Lending Act / Consumer Credit Protection Act)**

Plaintiff willfully and knowingly failed to make the requisite disclosures in violation of Federal Truth in Lending Act / Consumer Credit Protection Act.

WHEREFORE: this answering defendant prays that Plaintiff take nothing by reason of the Complaint on File herein; for costs of suit incurred herein; and for such other and further relief as the court may deem just and proper.

DATED: May 27, 2008

By: ______________________
Clarence M. Balingit

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

RD Legal Funding, LLC

vs.

Erwiin & Balingit, LLP et al

Case No. 08-CV-0597-L-RBB

**DECLARATION OF SERVICE**

Person Served: Darrell N. Erwin, Esq

Date Served: 05/27/08

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: Defendant Clarence M. Balingit's Answer to Complaint in the following manner: (check one)

1) By personally delivering copies to the person served.

2) By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) x By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego CA on May 27, 2008.

Executed on May 27, 2008 at San Diego, CA

[signature]

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

# SERVICE LIST

**RD Legal Funding, LLC vs. Erwin & Balingit, LLP et al**
**Case No.: 08-CV-0597-L-RB**

1) Mark G. Tratos, Esq.
Tyler R. Andres, Esq.
GREENBERG TRAURIG
3773 Howard Hughes Parkway,
Ste. 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Attorneys for Plaintiff,
RD LEGAL FUNDING, LLC

2) Darrell N. Erwin, Esq.
1540 6th Avenue
San Diego, CA 92101
Telephone: (619) 696-3200
Facsimile: (619) 466-3210

Attorney for Defendants:
Darrell N. Erwin, Esq.
Erwin & Balingit, LLP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

RD Legal Funding, LLC

vs.

Erwiin & Balingit, LLP et al

Case No. 08-CV-0597-L-RBB

**DECLARATION OF SERVICE**

Person Served: Mark G. Tratos, Esq

Date Served: 05/27/08

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: Defendant Clarence M. Balingit's Answer to Complaint in the following manner: (check one)

1) By personally delivering copies to the person served.

2) By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) x By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego CA on May 27 , 2008 .

Executed on May 27 , 2008 at San Diego, CA

[signature]

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

**SERVICE LIST**

**RD Legal Funding, LLC vs. Erwin & Balingit, LLP et al**
**Case No.: 08-CV-0597-L-RB**

1) Mark G. Tratos, Esq.
Tyler R. Andres, Esq.
GREENBERG TRAURIG
3773 Howard Hughes Parkway,
Ste. 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Attorneys for Plaintiff,
RD LEGAL FUNDING, LLC

2) Darrell N. Erwin, Esq.
1540 6th Avenue
San Diego, CA 92101
Telephone: (619) 696-3200
Facsimile: (619) 466-3210

Attorney for Defendants:
Darrell N. Erwin, Esq.
Erwin & Balingit, LLP