Clarence M. Balingit
PLAINTIFF/PETITIONER/MOVANT'S NAME  Defendant

PRISON NUMBER _____

PLACE OF CONFINEMENT
6476 Lake Mere Ct.
ADDRESS
San Diego, CA 92119

FILED
2008 MAY 27 PM 3:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

RD Legal Funding LLC ,
Plaintiff/Petitioner/Movant

v.

Erwin & Balingit, LLP et al ,
Defendant/Respondent

Civil No. 08-CV-597-L-RBB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Clarence M. Balingit ,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☑ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?              ☐ Yes ☑ No
    Do you receive any payment from the institution?  ☐ Yes ☑ No

[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                      H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Erwin + Balingit, LLP_ _12/1/2007  3111 Camino Del Rio N. Ste 400_ _60,000/yr  Last wages were recieved in December of 2007_

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☒ Yes ☐ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _I recieved about $5,000.00 in December of 2007 I have not recieved money since for wages and I don't expect to recieve wages until June or July of 2008_

4. Do you have any checking account(s)? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): _Washington Mutual Navajo Rd La Mesa CA 92119_
   b. Present balance in account(s): _0_

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: _GMC_  Year: _2000_  Model: _Yukon_
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? _0_

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☒ Yes  ☐ No
   If "Yes" describe the property and state its value. all property is overencumbered described as two houses one under construction and uninhabited Located at 10270 Fuerte Dr La Mesa, CA 91941 value 800,000 - Debt owed 1.2 mil 2nd is my residence 6476 Lake Mere Ct Value $450,000 owe $550,000.00

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Wife, Denise Balingit, Daughter Emily 7yrs old Daughter Amber 1.5 years old Son Chris 10 years old

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): Judgement on lease $200,000-; Business debt from dissolved Law partnership $250,000-; Foreclosed investment property $400,000.00; Credit card Debt $65,000-

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): Household furniture, Computor, No jewlry; Appliances T.V.s

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.
   Credit Cards

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/27/2008                                C. Mike Balingit
DATE                                     SIGNATURE OF APPLICANT