UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RD LEGAL FUNDING, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ERWIN & BALINGIT, LLP, *et al.*,<br><br>        Defendants. | Civil No. 08cv597-L(RBB)<br><br>**ORDER DENYING DEFENDANT CLARENCE MICHAEL BALINGIT'S MOTION TO PROCEED** ***IN FORMA PAUPERIS*** |

In this diversity action for breach of contract and related state law claims, Defendant Clarence Michael Balingit filed a Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed *in Forma Pauperis* ("IFP Motion"). For the reasons which follow, Defendant's IFP Motion is **DENIED**.

Defendant is a licensed attorney. His declaration flied in support of the IFP Motion shows he received at least $60,000 in lost and other wages in December 2007, and that he owns two valuable pieces of real estate, although he claims they are over-encumbered. He expects to earn wages again in June or July 2008. It therefore appears that Defendant is not a pauper.

Furthermore, it is unclear what benefit Defendant expected to receive from IFP status. Although 28 U.S.C. § 1915 applies to "the commencement, prosecution or defense" of any civil or criminal suit, the benefits of the IFP status are the waiver of the filing fee charged for commencement of a case and service of process, payment of the expenses associated with

1  transcripts for purposes of appeals, and appointment of counsel. *See* 28 U.S.C. § 1915. None of
2  these items apply to Defendant at this stage of proceedings.
3      For the foregoing reasons, Defendant Clarence Michael Balingit's IFP Motion is
4  **DENIED. IF DEFENDANT CHOOSES TO FILE ADDITIONAL INFORMATION**
5  **REGARDING HIS POVERTY, HE MUST ATTACH A COPY OF THIS ORDER.**
6      **IT IS SO ORDERED**.
7
8  DATED: May 29, 2008
9
                                                                            _____
10                                                                          M. James Lorenz
                                                                            United States District Court Judge
11  COPY TO:

    HON. RUBEN B. BROOKS
12  UNITED STATES MAGISTRATE JUDGE

13  ALL PARTIES/COUNSEL

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28