MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>RD LEGAL FUNDING</u> v. <u>ERWIN & BALINGIT</u>     Case No. <u>08cv0597 L(RBB)</u>
                                                              **Time Spent:** <u>1 hr. 15 mins.</u>

<u>HON. RUBEN B. BROOKS</u>     <u>CT. DEPUTY VICKY LEE</u>     Rptr. _____

<u>Attorneys</u>

| <u>Plaintiffs</u> | <u>Defendants</u> |
|---|---|
| <u>Tyler Andrews (present)</u> | <u>Darrell Erwin (present)</u> |
| | <u>Michael Balingit (present)</u> |

PROCEEDINGS:  <u>x</u>  In Chambers   ___  In Court   ___  Telephonic

An early neutral evaluation conference and case management conference were held.

A settlement conference is set for December 5, 2008, at 10:00 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: <u>June 30, 2008</u>     IT IS SO ORDERED:    */s/ Ruben Brooks*
                                                                                        Ruben B. Brooks,
                                                                                        U.S. Magistrate Judge

cc:  Judge Lorenz                               INITIALS: <u>VL (mg/irc)</u> Deputy
    All Parties of Record