# EXHIBIT

# 3



**ERWIN & BALINGIT, LLP**
*Trial Lawyers*

SAN DIEGO
501 West Broadway
Suite 1060
San Diego, CA 92101

MISSION VALLEY
3111 Camino Del Rio North
Suite 600
San Diego, CA 92108

TELEPHONE
619.696.1000

TOLL FREE
866.377.8473

NORTH COUNTY
760.634.4949

FACSIMILE
619.466.6508

www.erwinandbalingit.com

February 03, 2008

Roni Dersovitz
RD Legal Funding, L.L.C.
One Engle Street, Ste. 202
Englewood, NJ 07631

RE:   **HCA & JOSH AVERY ADAVANCES**

Dear Roni:

Regrettably, I come to you after learning only today that my former partner, C. Michael Balingit, Esq. apparently negotiated and then took the HCA money directly from the Lerach firm. <u>I had absolutely no knowledge of any of these circumstances until today, and will do whatever I can to square up with you</u>. However, I must respectfully request time to rectify the situation with you because of the initial bind that Mike has now placed on me with his taking the HCA money.

I must also regrettably inform you that Mike Balingit and I were counting on the HCA money to pay off the Josh Avery case. The HCA fees that were approved for our firm were approximately $131,000.00 plus costs. Additionally, the court approved a 3.7 multiplier. Today, I learned that Mike Balingit apparently accepted $75,000.00 as payment in full on HCA, and then took the money for his own use. Again, I had absolutely no knowledge of Mike's course of action until I was informed of such by the Lerach firm.

I contacted Mike Balingit today a left an urgent message for him to call me. He returned my call and openly admitted that he had taken the HCA fees. I asked him what I should say to <u>you</u> regarding the situation, and he would only say "he does not care". I apologize in advance for his lack of respect, and again will do whatever I can with you to rectify the situation. I cannot speak for Mike Balingit any further, and must disassociate with him because of his apparent apathy for the situation. I can tell you that Mike Balingit likes to play "the tough guy", but is also smart enough to realize that he is wholly responsible for his actions. He is very aware that we owe you money, and we discussed this fact on nearly a daily basis prior to our split.



RDL000038

Roni Dersovitz  February 3, 2008
RD Legal Funding, L.L.C.
One Engle Street, Ste. 202
Englewood, NJ 07631  Page 2 of 2

    I will write to the Lerach firm tomorrow and try and sort out the facts of the negotiated fee accepted by Mike Balingit. I can only tell you that they were very quick to get in touch with me today after I had left a message inquiring about the HCA fees. It appeared that they were a bit bewildered that I was not aware of the fact that Mike Balingit had received the money.

    I look forward to resolving this matter with you soon. Thank you in advance for your cooperation, and again, I apologize for this situation.

Very truly yours,

Darrell N. Erwin, Esq.

RDL000039