# EXHIBIT

# 4

**Andrews, Tyler (Assoc-LV-LT)**

| | |
|---|---|
| **From:** | Roni Dersovitz [rdersovitz@legalfunding.com] |
| **Sent:** | Thursday, February 07, 2008 7:07 AM |
| **To:** | Darrell Erwin |
| **Cc:** | Clarence Michael Balingit; Swanis, Eric W. (Shld-LV-LT) |
| **Subject:** | Erwin & balingit |

Darrell,

Thanks for your letter of yesterday. Please note that I have instructed counsel to immediately commence litigation as you and your former partner as at this juncture my only concern is when I be repaid. Having said that, I am an attorney as well and hereby authorize you to continue speaking with me once the litigation has commenced and the prohibition against speaking with a party represented by counsel takes effect. Until then, I look forward to hearing from you relative to when I will be repaid the funds, attorneys fees & default interest that is due and owing due the misappropriation of funds.

In conclusion, please keep the channels of communication open and I look forward to the point in time that you and your former partner are able to repay your outstanding obligations.

Thank you,

Roni Dersovitz
RD Legal Funding, LLC
rdersovitz@legalfunding.com
www.legalfunding.com
(201)568-9007 x 101
Fax: (201)568-9307

RDL000040